| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | JULIA B. STRICKLAND (State Bar No. 083013) |
|   | STEPHEN J. NEWMAN (State Bar No. 181570) |
| 3 | DAVID W. MOON (State Bar No. 197711) |
|   | A.R. KACHADOORIAN (State Bar No. 240601) |
| 4 | 2029 Century Park East |
|   | Los Angeles, California  90067-3086 |
| 5 | Telephone: 310-556-5800 |
| 6 | Facsimile:  310-556-5959 |
| 7 | Attorneys for Defendant |
|   |   CHASE BANK USA, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EUGENE REEDE STOCKTON, on behalf of himself and all others similarly situated, | ) Case No. C 09-0587 CRB |
| | ) |
| | ) [Assigned to the Hon. Charles R. Breyer] |
| Plaintiffs, | ) |
| | ) **STIPULATION TO EXTEND TIME TO** |
| vs. | ) **RESPOND TO CLASS ACTION** |
| | ) **COMPLAINT** |
| CHASE BANK USA, N.A. | ) |
| | ) |
| Defendant. | ) |
| | ) |

STIPULATION
Case No. C 09-0587 CRB

LA 51124525

WHEREAS, on February 9, 2009, plaintiff Eugene Reede Stockton ("Plaintiff") filed the Class Action Complaint (the "Complaint");

WHEREAS, the response of defendant Chase Bank USA, N.A. ("Chase") to the Complaint currently is due on or before March 5, 2009;

WHEREAS, multiple similar class actions are currently pending in this District and in other federal district courts around the country and a Motion for Transfer and Coordination pursuant to 28 U.S.C. § 1407 has been filed with the Judicial Panel on Multidistrict Litigation and docketed as <u>In Re: Chase Bank USA, N.A., "Check Loan" Contract Litigation</u>, MDL No. 2032;

WHEREAS, the parties have agreed to a brief extension of the time for Chase to respond to the Complaint;

WHEREAS, pursuant to Local Rule 6-1(a), parties may agree to an extension of time within which to answer or otherwise respond to a complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the extension proposed herein will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

//
//
//

LA 51124525

- 1 -

STIPULATION
Case No. C 09-0587 CRB

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Chase's time to respond to the Complaint hereby is extended for a period of thirty (30) days, to and including April 3 2009.

IT IS SO STIPULATED.

Dated: March 2, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
DAVID W. MOON
A. R. KACHADOORIAN

By: /s/ A.R. Kachadoorian
A.R. Kachadoorian

Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: March 3, 2009

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN

STANLEY, MANDEL & IOLA, LLP
MATTHEW J. ZEVIN

DESKIN LAW FIRM
SAMUEL S. DESKIN

By: [signature]

Attorneys for Plaintiff
EUGENE REEDE STOCKTON

Signed: March 4, 2009

IT IS SO ORDERED
[signature]
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

LA 51124525

STIPULATION
Case No. C 09-0587 CRB