1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   DAVID W. MOON (State Bar No. 197711)
3  A.R. KACHADOORIAN (State Bar No. 240601)
   2029 Century Park East
4  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
5  Facsimile:  310-556-5959

6  Attorneys for Defendant
     CHASE BANK USA, N.A.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 EUGENE REEDE STOCKTON, on behalf of     ) Case No. C 09-0587-MMC
   himself and all others similarly situated, )
12                                            ) [Assigned to the Hon. Maxine M. Chesney]
              Plaintiffs,                    )
13                                            ) **STIPULATION AND [Proposed] ORDER**
        vs.                                  ) **TO EXTEND TIME**
14                                            )
   CHASE BANK USA, N.A.                     ) AND ORDER THEREON
15                                            )
              Defendant.                     )
16                                            )
                                              )
17 _____)

LA 51134156

WHEREAS, on February 9, 2009, plaintiff Eugene Reede Stockton ("Plaintiff") filed the Class Action Complaint (the "Complaint");

WHEREAS, the response of defendant Chase Bank USA, N.A. ("Chase") to the Complaint currently is due on or before April 3, 2009;

WHEREAS, multiple similar class actions currently are pending in this District and in other federal district courts around the country and a Motion for Transfer and Coordination pursuant to 28 U.S.C. § 1407 (the "First MDL Motion") and a Motion to Transfer and Consolidate pursuant to 28 U.S.C. § 1407 (the "Second MDL Motion") have been filed with the Judicial Panel on Multidistrict Litigation (the "JPML") and docketed as <u>In Re: Chase Bank USA, N.A., "Check Loan" Contract Litigation</u>, MDL No. 2032;

WHEREAS, the First MDL Motion is fully briefed while responses to the Second MDL Motion are due by April 16, 2009, any reply is due by April 21, 2009 and the JPML will thereafter schedule a hearing;

WHEREAS, in light of the foregoing, the parties have agreed to an extension of the time for Chase to respond to the Complaint while the First and Second MDL Motions are pending;

WHEREAS, pursuant to Local Rule 6-1(a) parties may agree to an extension of time within which to answer or otherwise respond to a compliant, provided the change will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request by stipulation an order altering dates and deadlines previously fixed by the Court;

WHEREAS, on March 4, 2009, the parties filed a stipulation continuing the date for Chase to respond to the Complaint to April 3, 2009, which was entered by the Court; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

LA 51134156

Chase's time to respond to the Complaint is extended until: (a) in the event the First or Second MDL Motion is granted, at such time as may be ordered by the MDL transferee judge; or (b) in the event the First or Second MDL Motion is denied, 10 days after such denial.

IT IS SO STIPULATED.

Dated: April 2, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
DAVID W. MOON
A. R. KACHADOORIAN

By: _____/s/ Stephen J. Newman_____
       Stephen J. Newman

Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: April 2, 2009

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN

STANLEY, MANDEL & IOLA, LLP
MATTHEW J. ZEVIN

DESKIN LAW FIRM
SAMUEL S. DESKIN

By: _____/s/ Michael D. Braun_____
       Michael D. Braun

Attorneys for Plaintiff
EUGENE REEDE STOCKTON

LA 51134156

## ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

Chase's time to respond to the Complaint is extended until: (a) in the event the First or Second MDL Motion is granted, at such time as may be ordered by the MDL transferee judge; or (b) in the event the First or Second MDL Motion is denied, 10 days after such denial.

IT IS SO ORDERED.

DATED: April 6, 2009

_____
The Honorable Maxine M. Chesney
United States District Judge