1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   DAVID W. MOON (State Bar No. 197711)
3  A.R. KACHADOORIAN (State Bar No. 240601)
   2029 Century Park East
4  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
5  Facsimile:  310-556-5959

6  Attorneys for Defendant
     CHASE BANK USA, N.A.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 EUGENE REEDE STOCKTON, on behalf of       )  Case No. C 09-0587-MMC
   himself and all others similarly situated, )
12                                             )  [Assigned to the Hon. Maxine M. Chesney]
                 Plaintiffs,                   )
13                                             )  **STIPULATION AND [Proposed] ORDER**
        vs.                                    )  **TO CONTINUE CASE MANAGEMENT**
14                                             )  **CONFERENCE**
   CHASE BANK USA, N.A.                        )
15                                             )  AND ORDER THEREON
                 Defendant.                    )
16                                             )
                                                )
17

WHEREAS, on February 9, 2009, plaintiff Eugene Reede Stockton filed the Class Action Complaint (the "Complaint");

WHEREAS, multiple similar class actions currently are pending in this District and in other federal district courts around the country and two Motions for Transfer and Coordination pursuant to 28 U.S.C. § 1407 (the "MDL Motions") were filed with the Judicial Panel on Multidistrict Litigation (the "Panel") and docketed as <u>In Re: Chase Bank USA, N.A., "Check Loan" Contract Litigation</u>, MDL No. 2032;

WHEREAS, on March 4, 2009, the parties filed a stipulation continuing the date for Chase to respond to the Complaint to April 3, 2009, which was entered by the Court (Docket No. 10);

WHEREAS, the Court issued a Case Management Scheduling Order on March 25, 2009 setting a Case Management Conference for June 26, 2009 at 10:30 a.m., with a Case Management Statement due on June 19, 2009 (Docket No. 13);

WHEREAS, on or about April 2, 2009, the parties filed a stipulation to extend the time in which defendant Chase Bank USA, N.A. must respond to the Complaint until: (a) in the event the MDL Motions are granted, at such time as may be ordered by the MDL transferee judge; or (b) in the event the MDL Motions are denied, 10 days after such denial, which was granted by the Court (Docket No. 16);

WHEREAS, the Panel held a hearing on the MDL Motions on May 27, 2009, and the parties expect a decision from the Panel soon, which will coordinate all the multiple similar actions;

WHEREAS, in light of the foregoing, the parties have agreed to continue the initial Case Management Conference and corresponding deadlines set by the Court in its Case Management Scheduling Order, as it appears likely that that this action will be transferred to another District for pre-trial purposes;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request by stipulation an order altering dates and deadlines previously fixed by the Court;

1  WHEREAS, the time modifications requested herein will alter dates and deadlines set by
2  the Court; and
3  WHEREAS, this Stipulation is made in good faith and not for purposes of delay.
4  IT IS HEREBY STIPULATED, by and between the parties, through their respective
5  counsel of record, that:
6  The initial Case Management Conference in this case is continued from June 26, 2009 until
7  August 21, 2009. All corresponding deadlines set by the Court in its Case Management Scheduling
8  Order are continued accordingly.
9  IT IS SO STIPULATED.

10
11  Dated: June 11, 2009      STROOCK & STROOCK & LAVAN LLP
12                            JULIA B. STRICKLAND
                              STEPHEN J. NEWMAN
13                            DAVID W. MOON
                              A. R. KACHADOORIAN
14
15                            By:        /s/ Stephen J. Newman
16                                          Stephen J. Newman

17                            Attorneys for Defendant
                              CHASE BANK USA, N.A.
18

19
20  Dated: June 11, 2009      BRAUN LAW GROUP, P.C.
                              MICHAEL D. BRAUN
21
                              STANLEY, MANDEL & IOLA, LLP
22                            MATTHEW J. ZEVIN

                              DESKIN LAW FIRM
23                            SAMUEL S. DESKIN

24                            By:       /s/ Matthew J. Zevin
                                          Matthew J. Zevin
25
26                            Attorneys for Plaintiff
                              EUGENE REEDE STOCKTON
27
28                                      - 2 -
                                                  STIPULATION AND [Proposed] ORDER
                                                  TO CONTINUE CASE MANAGEMENT CONFERENCE
                                                  Case No. C 09-0587-MMC

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51156731

**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The initial Case Management Conference in this case is continued from June 26, 2009 until August 21, 2009. All corresponding deadlines set by the Court in its Case Management Scheduling Order are continued accordingly.

IT IS SO ORDERED.

DATED:   June 12, 2009



The Honorable Maxine M. Chesney
United States District Judge